IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK BENN SCHULTE,<br><br>　　　　　　　Defendant. | 4:15CR3045<br><br>**ORDER** |

　　　　After reviewing Defendant's pretrial services report, and particularly his recent criminal history of violent behavior, domestic abuse, false statements to law enforcement, and the fact that he was on bond when the conduct alleged in this case occurred, the court finds that release to a low intensity residential substance abuse treatment facility, as recommended by the substance abuse evaluator, is not appropriate. The defendant's release to such a facility would pose a substantial risk of harm to the public, including those living within the residential treatment facility.

　　　　Accordingly,

　　　　IT IS ORDERED that Defendant's motion for release, (Filing No. 22), is denied.

July 13, 2015.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　   　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge