IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3045 |
| vs. | **ORDER** |
| PATRICK BENN SCHULTE, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue Sentencing Hearing (filing 37) is granted.

2. Defendant Patrick Benn Schulte's sentencing is continued to February 26, 2016, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of January, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge